# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

CARMENO SLOJKOWSKI,

    Plaintiff,

v.

CLARK COUNTY FAMILY SERVICES, *et al*.,

    Defendants.

Case No. 2:12-CV-00907-KJD-CWH

**ORDER**

    Before the Court are Plaintiff's Emergency Motions for Temporary Restraining Order (#2, #5) and Emergency Motions for Preliminary Injunctions (#3, #6). Plaintiff has also moved for an Order Shortening Time (#4).

    Plaintiff asks the Court for a temporary restraining order and preliminary injunction enjoining Case # D-11-453103-r, an action related to the custody of Plaintiff's children which is pending in the Family Division of the Eighth Judicial District Court.

    The Younger Abstention Doctrine directs federal courts to abstain from granting injunctive or declaratory relief that would interfere with pending state judicial proceedings. See Younger v. Harris, 401 U.S. 37, 40-41 (1971); Hirsh v. Justices of the Sup. Ct. of Cal., 67 F.3d 708, 712 (9th

Cir. 1995). Absent extraordinary circumstances, abstention is required under Younger if the state proceedings: (1) are ongoing; (2) implicate important state interests; and (3) provide the plaintiff an adequate opportunity to litigate federal claims. See id. (citing Middlesex County Ethics Comm. v. Garden State Bar Ass'n, 457 U.S. 423, 432 (1982)).

Here, the proceedings are ongoing. It is axiomatic that the business of Clark County Family Services implicates an important state interest. Finally, Plaintiff has not shown why the state proceedings would deprive him of the opportunity to litigate any federal claims. Accordingly, the Younger Abstention Doctrine precludes this Court from interfering with the state court proceedings.

**IT IS HEREBY ORDERED THAT** Plaintiff's Motions for Temporary Restraining Order (#2, #5) and Emergency Motions for Preliminary Injunctions (#3, #6) are **DENIED**.

**IT IS FURTHER ORDERED THAT** Plaintiff's Motion for an Order Shortening Time (#4) is **DENIED**.

DATED this 7th day of June 2012.

_____
Kent J. Dawson
United States District Judge