UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CARMENO SLOJKOWSKI, | ) |
| Plaintiff, | ) Case No. 2:12-cv-00907-KJD-GWF |
| vs. | ) **ORDER** |
| CLARK COUNTY FAMILY SERVICES, *et al.*, | ) |
| Defendants. | ) |

This matter is before the Court on Plaintiff's Application to Proceed *in Forma Pauperis* (#10), filed on August 31, 2012. Plaintiff is proceeding in this action *pro se*. On August 6, 2012, the Court denied Plaintiff's previous Application to Proceed *in Forma Pauperis* (#1) for failure to include a signed financial certificate (#8). Plaintiff was given 30 days to submit a signed financial certificate or pay the filing fee. On August 31, 2012, Plaintiff submitted the Application at issue and a Complaint pursuant to 42 U.S.C. § 1983, but did not pay the required filing fee of $350.

Pursuant to 28 U.S.C. § 1914(a), a filing fee of $350.00 is required to commence a civil action in federal district court. The court may only authorize the commencement of an action without prepayment of fees and costs or security therefor, by a person who submits an affidavit that includes a statement showing the person is unable to pay such costs. 28 U.S.C. § 1915(a)(1). This Court's Local Rules provide that "[a]ny person, who is unable to prepay the fee in a civil case, may apply to the Court for authority to proceed *in forma pauperis*. The application shall be made on the form provided by the Court and shall include a financial affidavit disclosing the applicant's income, assets, expenses and liabilities." LSR 1-1. The Court finds that Plaintiff's Application to Proceed *in Forma Pauperis* is incomplete because it does not include a signature and date declaring it true and correct under penalty of perjury pursuant to 28 U.S.C. § 1746 and 18 U.S.C. § 1621.

Having concluded that Plaintiff is not entitled at this time to proceed *in forma pauperis*, the Court need not screen the complaint under 28 U.S.C. § 1915(e)(2)(B), which requires the dismissal of the case at any time if the Court determines that it is frivolous or malicious or fails to state a claim upon which relief can be granted or seeks monetary relief against a defendant who is immune from such relief.

Based on the foregoing and good cause appearing therefore,

**IT IS HEREBY ORDERED** that Plaintiff shall file a complete Application to Proceed *in Forma Pauperis* accompanied by a signed statement declaring it true and correct. In the alternative, Plaintiff may make the necessary arrangements to pay the filing fee of three hundred fifty dollars ($350), accompanied by a copy of this Order. Plaintiff shall have **thirty (30) days** from the date on which this Order is entered to comply. Failure to comply will result in a recommendation to the District Judge for dismissal of this action.

DATED this 5th day of September, 2012.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**